AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>11735173<br>2587-1106-0067-US<br>Paul Samuel Williams<br>*Defendant* | Case No. 1:24-CR-72<br><br>**RECEIVED**<br>By PTaylor at 12:54 pm, Nov 06, 2024 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Paul Samuel Williams                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

1 - Distribution of 40g or More of Fentanyl - 21 U.S.C. § 841(a)(1)
2 - Distribution of 40g or More of Fentanyl - 21 U.S.C. § 841(a)(1)

Date:     11/05/2024

*Issuing officer's signature*

City and state:   Clarksburg, WV            MICHAEL J. ALOI, US MAGISTRATE JUDGE
                                              *Printed name and title*

### Return

This warrant was received on *(date)* 11/06/2024 , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

For:   DUSM Patrick
*Printed name and title*