FILED
LOGGED
ENTERED
RECEIVED

APR 2 3 2025

BY

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

       vs.

**PAUL SAMUEL WILLIAMS**

    \*

    \*        Case No.   **25-MJ-1076-CDA**

    \*

    \*

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_Jonathan Hettleman_ , and the Government was represented by

Assistant United States Attorney _Reema Sood._ , it is

**ORDERED**, this _23rd_ day of _April_ _2025_ , that the above-named defendant

be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either

side requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____
Charles D. Austin
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement